UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No.: 1:07-CR-26-SPM

THEODORE BARTEK,

      Defendant.
_____/

### ORDER TO UNSEAL SEARCH WARRANT

**THIS CAUSE** comes before the Court on the "Defendant's Unopposed Motion to Unseal Application for Search Warrant" (doc. 24).  The Defendant argues that he must be afforded an opportunity to review the application and properly prepare any potential challenges to the search warrant or the application for the warrant.  The Government does not oppose this motion.  Accordingly, finding the request to be reasonable, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Defendant's motion to unseal the search warrant and the application for the search warrant is *granted*.

2. The Clerk of the Court is ordered to unseal the search warrant and the application for the warrant.

**SO ORDERED** this <u>seventeenth</u> day of October, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge