UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    Case No.: 1:07-CR-26-SPM

THEODORE BARTEK,
MARSHA BARTEK

        Defendant.
_____/

**ORDER SETTING PRETRIAL CONFERENCE**

To facilitate the orderly progress of this case, it is hereby ORDERED AND ADJUDGED as follows:

1. This case is set for a pretrial conference on **Tuesday, September 23, 2008 at 2:00 p.m.**

2. The attorneys shall be prepared to discuss the following matters:

    a. The possibility of resolving this case through a plea agreement;

    b. The anticipated length of trial;

    c. Final witness lists;

    d. Estimated time of the witnesses' direct examination and a brief summary of each witnesses' testimony;

    e. Whether any special equipment will be needed for trial;

    f. Whether any language translators will be needed;

  g. Whether any expert testimony is anticipated; and

  h. Any other matter that would facilitate the orderly progress of this case.

DONE AND ORDERED this fifth day of September, 2008.

     *s/ Stephan P. Mickle*
     Stephan P. Mickle
     United States District Judge